

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

March 25, 2020

The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    **Re:**    *United States v. Jaquon DANCY, 20-cr-225*

Dear Judge Smith:

    The Government writes to respectfully request that the Court unseal the above-referenced Indictment, 20-cr-225, and related arrest warrant for Defendant Jaquon DANCY, as I have been advised that the defendant has been arrested.

                Respectfully submitted,

                GEOFFREY S. BERMAN
                United States Attorney

By:    _____

                Shiva H. Logarajah
                Assistant United States Attorney
                Tel:  (914) 993-1918

SO ORDERED:

_____
HONORABLE PAUL E. DAVISON
UNITED STATES MAGISTRATE JUDGE     3/25/20