```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------X

UNITED STATES OF AMERICA         :

         -v-                     :       ORDER
Jaquon Dancy,
                                 :       20 Cr. 225 (PMH)

            Defendant.           :

------------------X
```

Upon the application of the Government, by and through AUSA Shiva H. Logarajah, and with the consent of Defendant Jaquon Dancy, by and through John Wallenstein, Esq., it is hereby ORDERED that time until the guilty plea in this matter on February 25, 2021 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice, so that the plea may be entered.

Dated: White Plains, New York
       January  13  2021

_____
HON. PHILIP M. HALPERN
UNITED STATES DISTRICT JUDGE