<div style="border:1px solid #000; padding:8px;">
Application granted on consent. The time for the disclosure and filing of the final Presentence Report is extended to and including June 11, 2021. The other dates for submission set by the Court (see Feb. 25, 2021 Min. Entry) and the sentencing date remain unchanged.

The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 22.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
       May 18, 2021
</div>

**LAW OFFICES**
**JOHN S. W[ALLENSTEIN]**
**1100 FRAN[KLIN AVENUE]**
**GARDEN CITY, [NEW YORK]**
**(516) 742-5600**
**EMAIL: JSWallenst[ein@...]**

May 1[7, 2021]

**BY ECF**

Hon. Philip M. Halpern
United States District Judge, SDNY
300 Quarropas Street
White Plains, New York 10601

    Re:   **United States v. Jaquon Dancy**
           **Docket # 20 CR 225 (PMH)**

Dear Judge Halpern;

    I write to request that the time for the disclosure and filing of the final PreSentence Report be extended until June 11, so that we may have sufficient time to review and comment on the draft report. I apologize to the Court, but the original email from Probation containing the draft was somehow misplaced in my inbox, and I did not realize it had been disclosed until I received an email this morning from the assigned Probation Officer. I have mailed the report to my client, and expect to be able to discuss it with him sometime next week, allowing time for the mail to reach him and a visit to be scheduled.

    Probation Officer Jaleesa Harris has no objection to this request, nor does AUSA Shiva Logarajah

    Thank you for your courtesy and consideration.

                                      Respectfully yours,

                                      JOHN S. WALLENSTEIN, ESQ.
                                      Digitally signed by JOHN S. WALLENSTEIN, ESQ.
                                      Date: 2021.05.17 12:08:42 -04'00'
                                      **JOHN S. WALLENSTEIN**

JSW/hs
cc:    USPO Jaleesa Harris
        AUSA Shiva Logarajah