**LAW OFFICES**
**JOHN S. WALLENSTEIN**
1100 FRANKLIN AVENUE
GARDEN CITY, NEW YORK
(516) 742-5600   FAX
EMAIL: JSWallenstein

July 21, 2021

**BY ECF**

Hon. Philip M. Halpern
United States District Judge, SDNY
300 Quarropas Street
White Plains, New York 10601

    Re:   United States v. Jaquon Dance
           Docket # 20 CR 225 (PMH)

Dear Judge Halpern;

    This matter is scheduled for sentencing [...] the parties sufficient time to prepare [...] respectfully request that sentencing be adjourned [...] court during the week of August 23; I am available any day that week except the 24th.

    I have discussed this application with AUSA Shiva Logarajah, and the government has no objection.

    Thank you for your courtesy and consideration.

Respectfully yours,

JOHN S. WALLENSTEIN

JSW/hs

cc:   USPO Jaleesa Harris
        AUSA Shiva Logarajah

---

**[Stamped Order:]**

The request to adjourn the sentencing scheduled for July 29, 2021 is granted on consent of all parties. The sentencing in this matter will be held in person, in a courtroom to be determined at the Hon. Charles L. Brieant Jr. Federal Building and Courthouse, at 11:30 a.m. on November 1, 2021.

Defendant shall serve and file his sentencing submission by October 18, 2021. The Government shall thereafter serve and file its response by October 25, 2021.

The Government is directed to file, on consent, a proposed Order excluding time under the Speedy Trial Act until November 1, 2021.

The Clerk of the Court is respectfully directed to terminate the motion sequences pending at Doc. 25.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
           July 21, 2021