UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA  :
             :
v.            :   **SCHEDULING ORDER**
             :
JAQUON DANCY,     :
             :   20-cr-00225 (PMH)
      Defendant. :
-------------------------------------------------------------x

A VOSR Status Conference is scheduled for February 3, 2026 at 11:30 a.m. in Courtroom

520 at the White Plains Courthouse. It is the Government's responsibility to have the Defendant

produced to Courtroom 520 at that time.

**SO ORDERED:**

Dated: White Plains, New York
   December 22, 2025

_____
Philip M. Halpern
United States District Judge