

**U.S. Department of Justice**

Application granted. The May 27, 2026 VOSR status conference is adjourned to July 14, 2026 at 12:00 p.m. It is the responsibility of the Government to have the Defendant produced to Courtroom 520 at that time. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 37).

SO ORDERED.

_____

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
    May 27, 2026

**VIA ECF**
The Honorable Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:    *United States v. Jaquon Dancy, 20-cr-225* (PMH)

Dear Judge Halpern:

The parties write jointly to adjourn the appearance scheduled for tomorrow in this defendant's violation of supervised release proceedings.  The Government understands that the underlying state charges have not been resolved and there is an outstanding plea offer to Mr. Dancy which he is considering.

The parties respectfully request that the Court adjourn the conference for 45 days to allow Mr. Dancy's state case to progress and potentially resolve.

The undersigned has conferred with John Wallenstein, Esq., who joins in the application.  (The Government apologizes for the tardiness of this letter motion.)  The parties stand ready to answer any questions should the Court have any.


DAMIAN WILLIAMS
United States Attorney


by: s/_____
    Shiva H. Logarajah
    Assistant United States Attorney
    (212) 637-2272