UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA             :
                                      :
v.                                    :        **<u>SCHEDULING ORDER</u>**
                                      :
JAQUON DANCY,                         :
                                      :        20-cr-00225 (PMH)
                 Defendant.           :
------------------------------------------------------------x

The VOSR Status Conference scheduled for July 14, 2026 is rescheduled to July 8, 2026 at 12:00 p.m. in Courtroom 520 at the White Plains Courthouse. It is the Government's responsibility to have the Defendant produced to Courtroom 520 at that time.

**SO ORDERED:**

Dated: White Plains, New York
        May 28, 2026

_____
Philip M. Halpern
United States District Judge