**LA**
**JOHN S**
**1100 FR**
**GARDEN CIT**
**(516) 742-560**
**EMAIL: JSWalle**

Application granted. The October 15, 2026 VOSR status conference is adjourned to November 19, 2026 at 12:30 p.m. It is the responsibility of the Government to have the Defendant produced to Courtroom 520 at that time. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 44).

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
October 14, 2026

Oct

**BY ECF**

Hon. Philip M. Halpern
United States District Judge, SDNY
300 Quarropas Street
White Plains, New York 10601

**Re: United States v. Jaquon Dancy**
**Docket # 20 CR 225 (PMH)**

Dear Judge Halpern;

This matter is scheduled for VOSR hearing on October 15, 2026. The parties are in agreement that the hearing should await the results of Mr. Dancy's state court case, which is underlying this VOSR. That case is now scheduled to be heard in state court on October 30, at which time a suppression hearing is scheduled to be conducted.

Due to the schedules of counsel subsequent to that date, we respectfully request that this hearing be adjourned until November 19, 2026.

The defense consents to the exclusion of time.

Thank you for your courtesy and consideration.

Respectfully yours,

John S. Wallenstein
JOHN S. WALLENSTEIN

JSW/hs